# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| John McDonald,<br>  Plaintiff,<br> v.<br>J.B. Pritzker, in his official capacity as Governor of Illinois, and Grace B. Hou, in her official capacity as Secretary of the Illinois Department of Human Services,<br>  Defendants. | Case No. 1:20-cv-03653<br><br>Chief Judge Pallmeyer |

## DECLARATION OF KAREN HANEY

Pursuant to 28 U.S.C. § 1746, I, Karen Haney, hereby declare as follows:

1. I voluntarily and freely make this declaration for use as evidence in support of the Emergency Motion For A Temporary Restraining Order Or Preliminary Injunction, filed by Plaintiff John McDonald in the above-styled action, for use in any other proceeding in the above-styled action, and for any other purpose authorized by law. I have personal knowledge as to all matters set forth herein, and I am competent and authorized to make this declaration to the statements and facts contained herein.

2. I serve as the caretaker, as well as the Medical and Property Power of Attorney, for my brother John McDonald.

3. John is 46 years old and suffers from intellectual and developmental disabilities, deafness, and legal blindness. *See* Community Workshop and Training Center, Inc. ("CWTC") 2019 Individual Service Plan for John McDonald, a true and correct copy attached as Exhibit 1.

4. His disabilities render him the intellectual equivalent of a 7-year-old. Exhibit 1.

5. After consultation with John's doctor, I have confirmed that John has no other underlying conditions that place him at increased risk from any respiratory illness, including COVID-19.

6. For more than 20 years, John has been a regular participant in the Community Day Services ("CDS") program at CWTC, in Peoria, Illinois.

7. He attends CWTC on weekdays, working regular hours and individually packaging construction hardware, such as nuts and bolts, for a Fortune 50 company, as well as for other companies.

8. John loves his work at CWTC, as it gives him a sense of pride and purpose, and the structure and stability help his mental health, and he frequently receives good marks and praise for his work.

9. Furthermore, the work at CWTC is John's only real opportunity to earn income as he is unable to obtain a job in the community, and he takes great pride in the money he earns on his own.

10. Since March 17, however, CWTC, like all other CDS providers in the State, has been ordered closed by the Illinois Department of Human Services.

11. This closure has been extended by the State numerous times, and presently CDS services cannot reopen until August 31 at the earliest.

12. The closure of CDS programs, including CWTC, has caused John grave psychological and emotional harm. John has experienced increasingly frequent and

severe bouts of distress as a result of the closure of CWTC, and he has broken down in tears while asking me if he still works at his job and when he can return to work.

13. Because of this distress, John has had to see his doctor, who has increased his anti-depressant and anti-anxiety medication as a result of the CDS closure.

14. CWTC has drafted procedures to protect its disabled consumers and safely restart its CDS services for a limited group of consumers. For example, all arriving consumers will have their temperature checked by touchless thermometer, CWTC will provide masks which must be worn, consumers should at all times maintain 6 feet of social distancing, CWTC will frequently provide hand sanitizer throughout the day and clean all surfaces after each shift, and consumers are recommended to find transportation other than public transit to and from CWTC. These measures are subject to change as needs arise.

15. After consultation with his doctor and based upon my own experiences with my brother, John is fully capable of wearing a mask, washing his hands, and following all public-health guidance necessary to safely work during COVID-19, and there are no other barriers keeping him from working.

16. John wears a mask as required without hesitation or complaint whenever we take trips outside the home, uses hand sanitizer upon returning to the car, and he always washes his hands when we return from the trip, before and after meals, and after using the restroom.

17. The picture below is a true and accurate photo of John working at CWTC.



I declare under penalty of perjury that the foregoing is true and correct. Executed on June 23, 2020.

KAREN HANEY

# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of June, 2020, a true and accurate copy of the foregoing was served on counsel for both Defendants, who have agreed to accept service via email, at the email addresses below:

| | |
|---|---|
| Gary S. Caplan | Meghan Maine |
| Deputy General Counsel | Deputy General Counsel |
| Office of the Governor, J.B. Pritzker | Illinois Dep't of Human Services |
| gary.caplan@illinois.gov | meghan.maine@illinois.gov |

/s/ Misha Tseytlin
MISHA TSEYTLIN
TROUTMAN SANDERS LLP
227 W. Monroe Street
Suite 3900
Chicago, IL 60606
(608) 999-1240
(312) 759-1939 (fax)
misha.tseytlin@troutman.com