# Exhibit 1



# COMMUNITY WORKSHOP AND TRAINING CENTER, INC.
## INDIVIDUAL SERVICE PLAN

| IDENTIFYING INFORMATION | | Consumer Name | John "Chris" McDonald | Date of Plan | 2/21/19 |
|---|---|---|---|---|---|

| Field | Value | | | | |
|---|---|---|---|---|---|
| Consumer Legal Name | John Christopher McDonald | Birth Date | 2/5/1974 | Gender | M - Male |
| Primary Lang. | English | Primary Comm. | American Sign Language | Telephone | 309-258-1190 |
| Consumer | 5502 Ramblewood Court (Street Address) | Peoria (City) | IL (State) | 61615 (Zip) | |
| Residential Service Provider | NA | Residential Service Entry Date | NA | | |
| Day Service Prov. | CWTC | Initial date of entry day svcs. | 5/28/1998 | Soc. Sec. # | XXXXXXXXXXXXXXXXXXXXXXX |
| Medicaid Rec. # | None | Medicare # | None | Funding Src | None |
| Private Health Care Insurer | None | | | Policy ID # | NA |
| Primary Diagnosis | Legally Blind | | | Secondary Diagnosis | Profound Deafness |

**Multiaxial Diagnoses (MI Consumers only)**

| | | | | |
|---|---|---|---|---|
| Axis I | None | | Axis II | None |
| Axis III | Legally Blind / Deaf | | Axis IV | None |
| GAF/Axis V | None | | | |

| | | | | |
|---|---|---|---|---|
| Functional Assessment | ICAP | Date 2/20/19 | Results | Overall age equivalent = 7yrs, 8 months; GMI = 0; Service Score = 81 |
| Cognitive Assessments | Weschler Intelligence Scale for Children | Date 1/25/1991 | Results | No actual score - narrative indicates liklihood of above average intelligence |
| Assistive/Adaptive Devices/Accommodations | Chris wears glasses to maximiize what little vision he has. He also uses a device to magnify materials and place enlarged images on a TV screen. Chris has a cochlear implant. | | | |
| Religious Preferences | Protestant | Cultural Diversity Needs/Information | Chris does not state any need for or interest in any further cultural diversity information. | |
| Personal Risk Identified | Chris encounters increased risks in all areas of life due to his profound vision and hearing impairments. To mitigate risks, he accesses unfamilar environments only with companionship. He uses a cane while ambulating. | | | |
| Legally Competent | Yes | Power of Attorney | No | Type of Power of Attorney | Not Applicable |
| Power of Attorney Name | None | Phone # | NA | Email | NA |
| Guardianship | No | Type | Not Applicable | Grd. Name | No Guardian |

| Guardian's Relationship | Phone # | Cell # | Email | Address |
|---|---|---|---|---|
| NA | NA | NA | NA | NA |

| Fathers Name | Phone # | Cell # | Email | Address |
|---|---|---|---|---|
| Deceased | NA | NA | NA | NA |

| Mother's Name | Phone # | Cell # | Email | Address |
|---|---|---|---|---|
| Deceased | NA | NA | NA | NA |

| Significant Other | Phone # | Cell # | Email | Address |
|---|---|---|---|---|
| Karen Haney | NA | 309- 258-1190 | NA | 5502 Ramblewood Court. Peoria, IL 61615 |



COMMUNITY WORKSHOP AND TRAINING CENTER, INC.
INDIVIDUAL SERVICE PLAN

| CONSUMER MEDICAL DATA/EMERGENCY INFORMATION SHEET | Consumer Name | John "Chris" McDonald | Date of Plan | 2/21/19 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Consumer | John "Chris" McDonald | | Date | 2/21/19 |
| Hospital Preference | St. Francis | | Phone | 309-655-2000 |
| Primary Emergency Contact | Karen Haney (Sister) | | Phone | 309-258-1190 |
| Secondary Emergency Contact | Dave Haney (Brother in Law) | | Phone | 309-370-0684 |
| Primary Physician | ~~Dr. Martin del Campo~~ | | Phone | ~~309-683-5600~~ |
| Dentist | ~~Dr. W. S. Chiou~~ | | Phone | ~~309-692-2335~~ |
| Psychiatrist/Psychologist/Other | None | | Phone | NA |
| Pharmacy | None | | Phone | NA |

| Self Medicates | Yes | Seizures | No | Type | NA |
|---|---|---|---|---|---|

| Nutritional Status | Chris eats a regular diet. | NA | 5'4" | 200 |
|---|---|---|---|---|
| | Special Diet | Why | Height | Weight |

| Allergies | No Known Allergies | No Known Allergies | No Known Allergies |
|---|---|---|---|
| | Medications | Foods | External |

CURRENT MEDICATIONS

| Name/Dosage | Indications for Use | Side Effects |
|---|---|---|
| ~~Paxil 15mg 1 daily~~ **DISCONTINUED** | ~~Antidepressant~~ | ~~Nausea, drowsiness, dizziness, trouble sleeping~~ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Responsible for Medication Administration & Oversight: NA

Plan for Medication Reduction: NA

Need for Self-Medication Training: None

(Changes in medication will be documented on the physician's order sheet/status change form/nursing notes)

(Other Medical Comments and Identified Health Risks (including consumer guardian's program or service requests in all above areas)

Chris has done a good job of losing weight and eating healthier over the past year.

2/27/19     X [signature]
Date          Signature          Consumer/Guardian/Power of Attorney

I understand my signature authorizes Community Workshop & Training Center, Inc. staff permission to administer necessary First Aid by certified staff. Professional medical attention/transportation, if deemed necessary, will be at my expense.



| ASSESSMENT OF FUNCTIONAL AREAS | Consumer Name | John "Chris" McDonald | Date of Plan | 2/21/19 |
|---|---|---|---|---|

1. Mobility/Physical /Health/Sensory Motor:

    Strengths/Interests

    Chris is legally blind and profoundly deaf. Despite his sensory disabilities, he gets to all relevant areas of the Workshop (work area, restrooms, lunch room, etc) independently. He uses a cane when ambulating to enhance safety. Chris is overweight, but otherwise seems healthy. He wears glasses to maximize what little vision he has and uses a magnifier at work. Despite his sensory impairments, Chris is able to work as a parts packager and displays motor skills sufficient to label and package small

    Needs

    Continued: and package small parts.
    NEEDS: Chris needs to reduce his weight.

2. Communication/Socialization

    Strengths/Interests

    Chris attempts to communicate verbally and can approximate the sound of some words, particularly names. His primary means of communications is through sign language. Chris can communicate very well with people who understand and use sign language. He can read braille. He can use the computer with enlarged font to communicate in writing. Chris has very good keyboard skills. He can read hand-written notes as long as the print is very large. Chris enjoys being with others and likes to be part of the activities occurring at work.

    Needs

    Chris would benefit from having more people in his work environment who know sign language and could communicate with him.

3. Learning Ability/Cognitive

    Strengths/Interests

    The only reference to testing available in the record indicates that Chris probably possesses average to above average intelligence. Testing scores were not given because of the difficulty testing Chris due to his profound sensory impairments. It is noted that Chris learned to read braille in a very short amount of time. Chris learns quickly once a mode of communications is established. The VACG assessment is not indicative of Chris' abilities.

    Needs

    None at this time.

4. Affective /Behavioral/Emotional: (Must include of Medicaid Mental Health consumers, the Multiaxial Diagnoses, Mental Health Assessment, LOCUS, psychiatric history.

    Strengths/Interests

    Chris is generally a happy, cooperative, pleasant individual who likes to work and likes being around other people. He takes directions well. Doing a good job is important to Chris. He never instigates trouble with co-workers. Chris has exhibited some behavioral problems when he becomes extremely frustrated. When frustrated, he will let out loud vocalizations and may refuse to work for a short time. He sometimes cries briefly. In extreme circumstances, he will drop to the floor in a sitting position and refuse to get up for a while. These episodes are rare. Occasionally, the loud vocalizations seem to be the result of some pain in his shoulder.

    Needs

    It is important to recognize the early signs of Chris starting to get frustrated and upset. Chris needs to have someone intervene at the earliest stages and try to find out what it is that is bothering him.


| Consumer Name | John "Chris" McDonald | Date of Plan | 2/21/19 |
|---|---|---|---|

5. Employment/Vocational/Work History

    Strengths/Interests

    Chris has worked at CWTC since 1998. Most of his work experience involves packaging parts, although he has done some other jobs such as making deep trays and doing some work on mailings in the past. Chris is a steady and willing worker. He likes to do a good job and be recognized for it. He hates to make mistakes. Chris is happy at CWTC and does not want any change at this time.

    Needs

    Chris needs the support and structure provided by the Workshop in order to maximize his work abilities.

6. Independent Living/Self Care/Self Direction/Residential History/Guardianship

    Strengths/Interests

    Chris takes care of his personal needs independently. Because of his sensory impairments, Chris requires assistance with many aspects of daily life, but tries hard to be an independent person. For example, at the Workshop, he gets around in the environment independently, he uses the vending machines, he puts things in his locker, uses the microwave, uses the change machine, uses the restroom independently, etc.

    Needs

    1) Chris does not have a guardian and is not in need of guardianship services at this time.
    2) Chris needs some assistance during emergency drills and would need assistance in the event of an actual emergency. Although he can walk out of the building in an emergency situation, it is quicker and safer for him to be transported in a wheelchair. This was explained to Chris by an Interpreter. He agreed to this way of leaving the building in an emergency.

7. Leisure/Recreation

    Strengths/Interests

    Chris enjoys doing things with his family. He likes to go on short trips. He likes to go out to eat. He uses his computer. He reads materials in braille. He likes to go to the gambling boat occasionally. Chris likes to go shopping at the mall (with companionship). He likes to try different kinds of foods and drinks. Chris has participatds in various activities sponsored ny HISRA, including bowling, through the years.

    Needs

    Chris needs companionship for many of his preferred leisure time activities.

8. Transportation/Community Access

    Strengths/Interests

    Chris accesses the community on a daily basis. Chris' sister or brother-in-law brings him to work and he takes the City Lift bus (door to door services, no transfers) home. He gets on and off the bus independently. He never causes any trouble on the bus. His sister or other family members provide other needed transportation. He accesses the community on a daily basis for activities such as shopping, recreational activities and visiting friends and family.

    Needs

    Chris needs companionship when accessing the community.

# COMMUNITY WORKSHOP AND TRAINING CENTER, INC.
## INIDIVIDUAL SERVICE PLAN

| TRAINING OR SERVICE GOALS AND OBJECTIVES | Consumer Name | John "Chris" McDonald | Date of Plan | 2/21/19 |
|---|---|---|---|---|
| SERVICE: Vocational | Staff Responsible | Bill Michael, Vocational Counselor | | |

**Long-Term Goal (Vision/Outcome)**

I WANT TO PACKAGE PARTS AT CWTC.

| Annual Goal # | 1 | Start Date | 3/1/2019 | Target Completion Date | 2/28/2020 |
|---|---|---|---|---|---|

**Annual Goal**

I will improve my productivity in my current job.

**Objectives**

Behavior. Include Behavior/Condition/Criteria

I will independently achieve a monthly production rate of 20% or higher for 3 consecutive months by 2/28/20.

**Methodology/Cues/Consequent Event**

1. Vocational assessments have identified strengths in areas related to being interested and motivated to work, good attendance and placing importance on earning a paycheck.
2. Vocational assessments have identified barriers to improved productivity in areas such as overcoming sensory handicaps and occasionally becoming frustrated and getting angry or upset.
3. I will do my best to communicate things that are bothering me so that they can be addressed before I get uspet.
4. I know that when I am focused on my job my productivity (and my paycheck) will increase.
5. I will do my best to ask for parts or other needed materials when I need them and not wait for the table helper to see that I am out of work. This will keep up a good work flow.
6. My counselor and I will discuss my production rates at the end of each month and identify ways that I can continue to improve.

**REVISIONS FOR PROGRESS / LACK OF PROGRESS:**

If I achieve my monthly objective for 3 consecutive months, my target score will be increased to 3 percentage points above the average of the prior 3 month's rates. If I do not achieve my monthly objective for 3 consecutive months, my target score will be decreased to the average of the prior 3 month's rates.

**Type/Schedule of Data Collection**

Production data is taken daily and summarized monthly. The monthly rate is graphed on the same chart that shows the goal rate so that Chris (using his magnifyer) can see how he is doing each month and as the year goes on.

# COMMUNITY WORKSHOP AND TRAINING CENTER, INC.
## INIDIVIDUAL SERVICE PLAN

| TRAINING OR SERVICE GOALS AND OBJECTIVES | Consumer Name | John "Chris" McDonald | Date of Plan | 2/21/19 |
|---|---|---|---|---|
| SERVICE: Vocational | Staff Responsible | Bill Michael | | |

**Long-Term Goal (Vision/Outcome)**
I WANT TO PACKAGE PARTS AT CWTC.

| Annual Goal # | 2 | Start Date | 3/1/2019 | Target Completion Date | 2/28/2020 |
|---|---|---|---|---|---|

**Annual Goal**
I will improve my workplace communications skills.

**Objectives**
Behavior. Include Behavior/Condition/Criteria

MAINTENANCE GOAL: I will complete at least 4 communications activities off my personal checklist each month until 2/28/20.

**Methodology/Cues/Consequent Event**

1. I am the one who is responsible for initiating the meetings.

2. During my meetings with my counselor, I will use various communications methods including signs, finger spelling, written notes and keyboarding messages on the computer.

3. Occassionally, my counselor will prepare some questions on a particular topic in advance of our meeting. I will use the computer to respond and to engage in any follow-up communication.

4. Any time the Interpreter is available, we will be sure to make use of that resource for one of our communications meetings.

**REVISIONS FOR PROGRESS / LAST OF PROGRESS:**
This is a "Maintenance" goal and, as such, is expected to be met each month. The goal will not be revised when Chris meets it for 3 or more consecutive months because the criteria is expected to be met each month. If Chris does not meet the objective in any single month, the Counselor will meet with him to determine what the obsticles were and devise a plan to remove them. If necessary, the Interpreter will be involved.

**Type/Schedule of Data Collection**
Dates and the basic content of each meeting will be documented by the counselor as they occur.

CWTC Goal 5b
09/12, 01/13
5b
V1.0

# COMMUNITY WORKSHOP AND TRAINING CENTER, INC.
# INDIVIDUAL SERVICE PLAN

| SUMMARY OF TEAM PROCESS PLANNING | Consumer Name | John "Chris" McDonald | Date of Plan | 2/21/19 |
|---|---|---|---|---|

| | Residential | | Vocational | |
|---|---|---|---|---|
| Next Proposed Placement | Residential | ✓ | Vocational | ✓ |
| Expected Time Frame | Residential | Current is appropriate | Vocational | Current is appropriate |

Proposed estimated transition or discharge date for Medicaid Community Mental Health Consumers: NA

Estimated date of Transitions: NA

Case Manager verified all assessments? Yes ✓ No ☐   Parent survey authorized? Yes ✓ No ☐

Person-Centered meeting self-facilitated? Yes ☐ No ✓

Direct care staff contributed observations and voiced concerns. A consensus was achieved with all team members especially the consumer and guardian when applicable regarding the priority of needs and the consumer's ability to achieve success? Yes ✓ No ☐

Staff from both day services, residential, and ISSA environments discussed objectives for consistent reinforcement of individual goals and reached a professional consensus? Yes ✓ No ☐

Estimated date of next ISP: 2/21/2020

Members of Interdisciplinary Team Present:

| Agency | Signature | Title | Date |
|---|---|---|---|
| | X JCM | | 2/21/19 |
| CWTC | Nicc Michael | Vocational Counselor/QIDP | 2/21/19 |
| | | | |

Approved by:

| CWTC | Nicc Michael, Vocational Counselor/QIDP | 2/21/19 |
|---|---|---|

The IDT attending this meeting is in agreement to the goals and objectives discussed. The plan may go into effect by the first of the following month. Final approval of the ISP will be attained from the consumer, guardian, and ISSA if applicable.

NOTE: THIS ISP MEETING WAS CONDUCTED WITH THE ASSISTANCE OF ANNE STEWART, SIGN LANGUAGE INTERPRETER AND KAREN HANEY, CHRIS' SISTER, WHO IS FLUENT IN SIGN LANGUAGE.
WM



COMMUNITY WORKSHOP AND TRAINING CENTER, INC.
INDIVIDUAL SERVICE PLAN

| SUMMARY OF TEAM PROCESS PLANNING | Consumer Name | John "Chris" McDonald | Date of Plan | 2/21/19 |
|---|---|---|---|---|

## ISP APPROVAL

I approve of my individualized service plan. I have given my ideas on what I would like to do and what I would rather not do. I have made my own choices about what I would like to work on at home, work, and in the community. I will do my best to do the things listed in my plan. A copy of my ISP has been offered to me.

| Consumer Signature: | X *[signature: JCM]* | Date: | 2/27/19 |
|---|---|---|---|
| Guardian Signature: | NA | Date: | — |

COMMUNITY WORKSHOP AND TRAINING CENTER, INC.
INDIVIDUAL SERVICE PLAN

| RECOMMENDATIONS FOR SPECIALIZED SUPPORT | Consumer Name | John "Chris" McDonald | Date of Plan | 2/21/19 |
|---|---|---|---|---|

| | |
|---|---|
| 1 | 1. Chris should continue to use equipment that allows him to magnify what he is looking at while working. |
| 2 | 2. CWTC should continue to provide access to Interpreter services for ISP meetings and at other times as needed. |

# COMMUNITY WORKSHOP AND TRAINING CENTER, INC.
## INDIVIDUAL SERVICE PLAN

| RECOMMENDATIONS FOR SPECIALIZED SUPPORT | Consumer Name | John "Chris" McDonald | Date of Plan | 2/21/19 |
|---|---|---|---|---|

### NARRATIVE NOTES:
(Include summary of previous year's progress to explain or justify information such as but not limited to an IDT member who was not present and summarize consumer & guardian input.)

Chris held his annual person-centered plan meeting on 2/21/19 at CWTC. He was assisted at his meeting by an Interpreter and did not self-facilitate his meeting. Chris' sister and his Vocational Counselor also attended. With the assistance of the Interpreter and using his own skills and abilities, Chris was able to make his opinions, concerns, preferences and choices clearly known, even though he did not facilitate his meeting.

Chris has been employed at CWTC since 1998. He is happy and comfortable in his job. He packages parts and does a steady job. Chris likes his job and is proud to do it. He is a careful worker and makes very few mistakes. Work is important to Chris. He likes to come to work and has an excellent attendance record. He follows directions willingly. Earning a paycheck is an important outcome for Chris. He is satisfied with his job and does not want any change in his work.

Chris lives in the home of his sister and brother-in-law in Peoria. Chris had lived with his mother until her death a little over a year ago. Chris makes his own decisions with some advice / guidance from his sister. He is not in need of guardianship services at this time.

With the assistance of his sister and other family members, Chris accesses the community on a daily basis and takes advantage of its resources and opportunities.

As part of the assessment process for this ISP, a Risk Assessment was conducted. Due to his dual disabilities of visual and auditory impairments, Chris is at increased risk in all areas of daily life. Chris has learned many independent skills that help mitigate some of these risks. However, he still needs companionship and guidance in many areas to assure safety.

The VACG and the Individual Eligibility Evaluation were also conducted. These assessments address Chris' work skills and readiness for community employment. Results of the assesments indicated that Chris is not presently ready for community employment. This, along with the fact that Chris is not interested in looking for any other kind of job at this time, are the reasons that he was not referred to Placement Services for community employment. Chris' decision in this area will be addressed regularly during the course of the year in communications meetings. If he changes his mind, he will be referred immediately.

Chris decided to work on goals that are similar to last year's goals. He wants to improve his productivity rate. He also wants to continue regular one-on-one communications meetings with his counselor.

*[signature]*
Vocational Counselor



COMMUNITY WORKSHOP AND TRAINING CENTER
STRENGTHS, INTERESTS, NEEDS, AND PREFERENCES

Consumer Name: JOHN "CHRIS" McDONALD    Date: 2/21/19

**Things that are important to me**
- TO WORK WELL
- DO A GOOD JOB
- RIDE THE BUS

**Things I do for Fun**
- SHOPPING
- STAY AT THE MOTEL
- SWIMMING

**Things I would rather not do**
- GETTING DONE WITH WORK EARLY

**Things I am interested in**
- MY JOB
- HELPING KAREN AT HOME
- THE OCEAN

**Things I would like to learn**
- HOW TO WORK ON DIFFERENT JOBS

**Things I need or want**
- ~~MARRY McDONALD'S~~
- GO TO THE MICKEY MOUSE OUTLET STORE

**Things I am good at**
- MAKING LUNCH
- PATTI TOLD ME I DO GOOD WORK
- CLEANING DISHES AT HOME
- BIKE RIDING, LEGOS, PUZZLES, SWIMMING, HELPING KAREN WITH GARBAGE; PLAY BASKETBALL AT YMCA

**People who are important to me**
- KAREN
- DAVE
- ALEX

**Things I need help with**
- HELP WALKING IN BAD WEATHER
- HELP MAKING MEALS
- HELP WITH MY LAUNDRY

Consumer Signature: X [signature]    Date: 2/21/19

Case Manager Signature: [signature] Vocational Counselor/QIDP    Date: 2/21/19

CWTC form 900
Rev. 09/12

DONE WITH THE INTERPRETER, ANNE STEWART



# Community Workshop and Training Center Inc.
## Person Centered Plan

**Consumer:** John "Chris" McDonald
**Date:** 2/21/19
**Participants:**
Chris McDonald, Consumer; Karen Haney, Sister; Anne Stewart, Interpreter; CWTC Bill Michael, Vocational Counselor / QIDP

**WORK: Long Term Vision:** *I want to package parts at CWTC.*
- I package parts for Caterpillar. I have worked at CWTC since 1998 and I like my job. I have a great attitude toward work.
- I use a magnifier to help me work. With it, I can do box and bag jobs. I can label boxes and bags well. I can use a heat sealer.
- I have a good attendance record. Earning a paycheck is important to me. I take pride in my job and I do it well.
- I like earning a paycheck. .
- Sometimes I get frustrated, angry or tired. My shoulder bothers me sometimes and I need to rest periodically for brief times.
- I like my co-workers and my supervisors. I get along well with everyone.

**HOME: Long Term Vision:** *I want to stay in my home with my sister.*
- I am very happy at my home, living with my sister and my brother-in-law.
- I help with some things at home. I make my lunch. I clean dishes. I help Karen with the garbage.
- I can get my own snacks. I like to put together puzzles and legos.
- I use email on the computer. I ride an exercise bike at home and like to walk outside, I want to find new walking trails.

**RECREATION: Long Term Vision:** *I want to go to shopping and take some trips.*
- I go to the mall and shopping centers. I like to shop. I use a computer and a kindle.
- I like to walk. I like to go out to eat and eat different things. I like to buy new clothes. I like to read my books, do my puzzles.
- I participate in community activities through HISRA.I go swimming at the River Plex and play basketball at the YMCA I like different types of foods. I like to play my games. I like going to work. I like to travel. This year I have traveled to Chicago, Oregon and Mexico. I am going to Florida in about a week.

**GOALS:** 1. Improve my productivity.   2) Have regular communications meetings with my Counselor.

Assessments Reviewed: *ICAP, VACG, CWTC 900; Individual Eligibility Assessment; CWTC Risk Assessment; Vocational Satisfaction Survey*



# This is my satisfaction survey
## What do I think about vocational services?

Name: JOHN "CHRIS" McDONALD    Date: 2/21/19
Period: Fiscal Year 2019 (July 1, 2018 - June 30, 2019)

For each question, I will circle the answer that best matches how I feel.

1. I am satisfied with the vocational/employment services.

   Strongly Agree    (Agree)    Disagree    Strongly Disagree

2. The staff members listen to me when I have a problem.

   Strongly Agree    (Agree)    Disagree    Strongly Disagree

3. CWTC staff have talked to me about safety, so I can be prepared for emergencies.

   Strongly Agree    (Agree)    Disagree    Strongly Disagree

4. CWTC staff members talk to me like an adult and with dignity and respect.

   Strongly Agree    (Agree)    Disagree    Strongly Disagree

5. I am able to get around the CWTC building easily (the building is accessible).

   Strongly Agree    (Agree)    Disagree    Strongly Disagree

6. CWTC staff members keep my personal information confidential (private).

   Strongly Agree    (Agree)    Disagree    Strongly Disagree

**Further Explanation Required for an answer of "Disagree" or "Strongly Disagree"**
_____
_____
_____

List any unmet needs  NONE

List any ideas or suggestions on how to improve vocational services
GET MORE JOBS, DIFFERENT JOBS

X _[signature]_                    DONE WITH THE ASSISTANCE OF INTERPRETER
**My** Signature - Required        Staff (& title) helping me fill out this survey
                                   ⇒ The above line is blank if the consumer does not need assistance.

*This survey was shared at my PCP /Discovery Meeting  Yes ✓  No___*   _[initials]_
                                                                      *Consumer initials*
**Any follow-up completed by staff, is on the back of this form.**

CHRIS McDONALD

| Month | Actual Rate | Targeted Rate for Month | Objective MET / NOT MET |
|---|---|---|---|
| MAR 18 | 16.20% | 15.00% | MET |
| APR 18 | 18.54% | 15.00% | MET |
| MAY 18 | 16.86% | 15.00% | MET |
| REVISION | | | |
| JUN 18 | 16.93% | 16.50% | MET |
| JUL 18 | 17.89% | 16.50% | MET |
| AUG 18 | 14.69% | 16.50% | NOT MET |
| SEP 18 | 12.82% | 16.50% | NOT MET |
| OCT 18 | 15.13% | 16.50% | NOT MET |
| NOV 18 | 22.58% | 16.50% | MET |
| DEC 18 | 22.29% | 16.50% | MET |
| JAN 19 | 24.11% | 16.50% | MET |
| FEB 19 | 24.59% | 16.50% | MET |

**GOAL 1:**

I will independently achieve a monthly production rate 15% or higher for 3 consecutive months by 2/28/19.

*REVISION: Increase to 16.50% of higher*



CHRIS' PRODUCTION RATES

CHRIS McDONALD -- MONTHLY COMMUNICATIONS GOAL

| GOAL 2: MAINTENANCE: I will complete at least 4 communications activities off my personal checklist each month until 2/28/19. | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DISCUSSION FOCUSED ON:** | | | | | | | | | | | | |
| How I am doing at my job | | X | X | X | | | X | | X | | X | X |
| How I am getting along with others | | | | | | | | | | | | |
| How I can improve at my job | | | | | | | | | | | | |
| Work issues or problems that concern me | | X | X | | | X | X | X | X | | | |
| What I can do when I'm frustrated or upset | | | | | X | | | | | | | |
| What I like to do for fun | X | | | | X | X | | X | | X | X | |
| Upcoming events planned for outside of work | | | X | | | | | | | | | X |
| How I am feeling (including shoulder / muscle soreness) | | X | X | X | X | X | X | X | X | X | X | X |
| What is bothering me at work: why I am not working | X | X | X | X | X | | | | | | | |
| Reasons why I acted out / was upset at the table | X | | | X | | | | | | | | |
| Working on math problems | | | | | | | | | | | | |
| Interest in community employment / other jobs | | | | | | | | | | | | |
| Activities associated with the garden, art program, other | | | | | | X | | | | X | | |
| Games, logo projects, puzzles | X | X | | | X | X | X | X | | | | X |
| Practicing signs with counselor | | | | | | | | | | | | X |
| General discussion / Responding to questions | X | X | X | X | X | X | X | X | X | X | X | X |
| **METHOD OF COMMUNICATIONS USED** | | | | | | | | | | | | |
| **Interpreter** | X | X | X | X | X | X | X | X | | X | X | X |
| **Computer** | X | X | X | X | X | X | X | X | X | X | X | X |
| **Signs / Finger Spell** | X | X | X | X | X | X | X | X | X | X | X | X |
| **Notes** | X | X | X | X | X | X | X | X | X | X | X | X |