John McDonald
                        Plaintiff,

v.                                                           Case No.: 1:20–cv–03653
                                                             Honorable Rebecca R. Pallmeyer

J.B. Pritzker
                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 24, 2020:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Telephone hearing on Plaintiff's emergency motion for a temporary restraining order and preliminary injunction [6] set 6/25/2020 at 10:00 a.m. Members of the public and media will be able to call in to listen to this hearing. The call–in number is 877–336–1839 and the access code is 6708061. Counsel of record will receive an email 15 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.