# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| John McDonald, | ) | |
| | ) | |
| Plaintiff, | ) | No. 20 CV 3653 |
| | ) | |
| v. | ) | Chief Judge Rebecca R. Pallmeyer |
| | ) | |
| JB Pritzker, in his official capacity as Governor of Illinois, and Grace B. Hou, in her official capacity as Secretary of the Illinois department of Human Services, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF SUSAN CASEY BLEASDALE, M.D.

1) My name is Dr. Susan Casey Bleasdale and I am the medical director of infection prevention and control at the University of Illinois (UI) Health, where I specialize in diagnosing and treating infections. I advise the Illinois Department of Public Health (IDPH) on guidance for response actions related to COVID-19 and determine guidelines for reopening various businesses or services. At IDPH, I provide medical expertise for outbreak investigations and infection prevention measures.

2) I have personally had discussions with the Illinois Department of Human Services (DHS) in relation to COVID-19 on a number of issues affecting DHS programs, including the Community Day Service program of the Division of Developmental Disabilities, which provides day services to individuals with intellectual and/or developmental disabilities ("I/DD").

3) CDC guidance on individuals with I/DD states that their disability might place them "at increased risk of becoming infected or having unrecognized illness." https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-disabilities.html. CDC guidance provides examples of why I/DD individuals might be at increased risk:

   - People who have limited mobility or who cannot avoid coming into close contact with others who may be infected, such as direct support providers and family members;
   - People who have trouble understanding information or practicing preventive measures, such as hand washing and social distancing;
   - People who may not be able to communicate symptoms of illness.

4) Taking this guidance into consideration, IDPH has provided assistance in developing the guidance which will be used to allow the CDS program to reopen safely and responsibly.

5) Based on CDC guidance and my assessment CDS is a setting with high risk for transmission of COVID-19. In addition to the examples set forth by the CDC, CDS has unique potential for COVID-19 dissemination. CDS brings together individuals from various settings that include congregate homes and requires transportation services as well. One case has the potential for dissemination across various at-risk groups. CDS is a particular public health risk for individuals with I/DD, the staff, and the surrounding communities.

6) I have reviewed the guidance and related tools for the CDS reopening process and I have provided additional guidance. I am in agreement with the steps required of both providers and participants, as well as the proposed timeline for implementation, including a soft reopening no earlier than August 1. DHS's plan balances reopening goals with significant public health concerns.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on June 28, 2020.

Susan Casey Bleasdale, M.D.