# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| John McDonald, | |
|     Plaintiff, | |
| | No. 20 C 3653 |
| v. | |
| | Hon. Rebecca R. Pallmeyer |
| Governor JB Pritzker and Grace B. Hou, | |
|     Defendants. | |

## DEFENDANTS' MOTION FOR LEAVE TO FILE
## OVERLENGTH BRIEF *INSTANTER*

Pursuant to Northern District of Illinois LR 7.1, Defendants JB Pritzker, in his official capacity as the Governor of Illinois, and Grace B. Hou, in her official capacity as the Secretary of the Illinois Department of Human Services, by their attorney Kwame Raoul, Attorney General for the State of Illinois, respectfully move for leave to file a 42-page Opposition to Plaintiff's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction. In support of this motion, Defendants state as follows:

1. Plaintiff has filed a 15-page memorandum in support of his motion for temporary restraining order. ECF No. 7. Additionally, Plaintiff filed two declarations in support of the motion with a total of 18 exhibits attached to the declarations that exceed 100 pages. ECF Nos. 8-9.

2. Plaintiff has asserted that he is entitled to relief under multiple legal theories and Plaintiff's filings raise questions of tremendous importance to the parties and the public at large regarding Defendants' actions to address the deadly and unprecedented COVID-19 pandemic.

3. Under these circumstances, Defendants believe a 42-page memorandum in opposition to Plaintiff's motion will aid the Court in deciding these momentous questions. A 42-page memorandum will allow Defendants to fully address not only Plaintiff's claims but the standards

pertaining the extraordinary injunctive remedy Plaintiff seeks from the Court. This request is not for an improper purpose, and it will not prejudice Plaintiff.

WHEREFORE, Defendants respectfully request that the Court grant their motion for leave to file a 42-page brief *instanter* in opposition to Plaintiff's motion for a temporary restraining order and permanent injunction. Defendants' brief was filed concurrently with this motion.


Dated: June 29, 2020                                  Respectfully submitted,

                                                                          KWAME RAOUL
                                                                          Attorney General of Illinois

                                                                           */s/ Amanda L. Kozar*
                                                                          Amanda L. Kozar
                                                                          Mary A. Johnston
                                                                          Sarah Newman
                                                                          Michael Dierkes
                                                                          Office of the Illinois Attorney General
                                                                          100 West Randolph Street
                                                                          Chicago, Illinois 60601

                                                                          *Counsel for JB Pritzker and Grace B. Hou*

## CERTIFICATE OF SERVICE

I certify that on June 29, 2020, I caused a copy of the foregoing *State Defendants' Memorandum in Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction* to be filed electronically on CM/ECF, which will cause a notice of filing to be sent to all counsel of record who have entered appearances.

*/s/ Amanda L. Kozar*
