UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

John McDonald,

    Plaintiff,

v.

J.B. Pritzker, in his official capacity as Governor of Illinois, and Grace B. Hou, in her official capacity as Secretary of the Illinois Department of Human Services,

    Defendants.

Case No. 1:20-cv-03653

Chief Judge Pallmeyer

# PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO FILE A BRIEF IN EXCESS OF 15 PAGES

Defendants filed their 42-page brief without asking this Court on Thursday or Friday, when this Court could have decided whether such an oversize filing is appropriate to respond to Plaintiff's 15-page memorandum. Defendants also did not notify Plaintiff of this approach until Sunday evening. Plaintiff thus respectfully requests that this Court strike Defendants' oversize brief and issue the requested preliminary injunction now, based upon Defendants' arguments last Thursday. If, however, this Court accepts Defendants' oversize brief, Plaintiff intends to file a Reply Brief, not to exceed 15 pages, this evening.

Plaintiff reiterates that he is suffering irreparable harm every day that Defendants' unlawful actions continue, and respectfully asks that this Court not delay tomorrow's hearing or the Court's statement that he may well be able to return to his job on Wednesday, notwithstanding Defendants' oversize filing.

Dated this 29th day of June, 2020.

>Respectfully submitted,
>
>/s/ Misha Tseytlin
>MISHA TSEYTLIN
>SEAN T.H. DUTTON
>TROUTMAN SANDERS LLP
>227 W. Monroe Street, Suite 3900
>Chicago, IL 60606
>Telephone: (608) 999-1240
>Facsimile: (312) 759-1939
>misha.tseytlin@troutman.com
>sean.dutton@troutman.com
>
>BLAKE T. HANNAFAN
>HANNAFAN & HANNAFAN, LTD.
>180 N. Lasalle Street
>Suite 3700
>Chicago, IL 60601
>(312) 527-0055
>(312) 527-0220 (fax)
>bth@hannafanlaw.com
>
>*Attorneys for Plaintiff John McDonald*

# CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2020, a true and accurate copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.

/s/ Misha Tseytlin
Misha Tseytlin
Troutman Sanders LLP
227 W. Monroe Street
Suite 3900
Chicago, IL 60606
(608) 999-1240
(312) 759-1939 (fax)
misha.tseytlin@troutman.com