# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| John McDonald, <br><br> Plaintiff, <br><br> v. <br><br> Governor JB Pritzker and Grace B. Hou, <br><br> Defendants. | No. 20 C 3653 <br><br> Hon. Rebecca R. Pallmeyer |

## DEFENDANTS' SECOND SUPPLEMENTAL FILING IN OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Defendants JB Pritzker and Grace B. Hou, by their attorney Kwame Raoul, Attorney General for the State of Illinois, hereby submit the following additional supplemental filing in opposition to Plaintiff's motion for a temporary restraining order and preliminary injunction:

1. Attached as Exhibits 1 and 2 are the final versions of the the Individual Benefit/Risk Tool and the Provider Readiness Tool that were previously submitted to this Court. [ECF #25-1 and 25-2]. These versions are substantially the same as those previously submitted.

2. Attached as Exhibit 3 is the final guidance that DHS will be distributing to providers, which includes feedback from IDPH. This document is labeled as "draft" in keeping with DHS distribution policies; however, it is the final document that will be distributed to CDS providers.

3. All three documents (the tools and guidance) will be sent out to providers today.

Dated: July 2, 2020

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

*/s/ Amanda L. Kozar*

1


Amanda L. Kozar  
Mary A. Johnston  
Sarah Newman  
Michael Dierkes  
Office of the Illinois Attorney General  
100 West Randolph Street  
Chicago, Illinois 60601  

*Counsel for JB Pritzker and Grace B. Hou*

## **CERTIFICATE OF SERVICE**

I certify that on July 2, 2020, I caused a copy of the foregoing to be filed electronically on CM/ECF, which will cause a notice of filing to be sent to all counsel of record who have entered appearances.

<div style="text-align: right;">*/s/ Amanda L. Kozar*</div>