UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

John McDonald,

    Plaintiff,

  v.

J.B. Pritzker, in his official capacity as Governor of Illinois, and Grace B. Hou, in her official capacity as Secretary of the Illinois Department of Human Services,

    Defendants.

Case No. 1:20-cv-03653

Chief Judge Pallmeyer

PLAINTIFF'S EXPEDITED RENEWED MOTION
FOR A PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff John McDonald renews his motion for a preliminary injunction to avoid imminent and irreparable injury, as further set forth in the attached supporting memorandum of law.

Dated this 7th day of July, 2020.

                Respectfully submitted,

                /s/Misha Tseytlin
                MISHA TSEYTLIN
                SEAN T.H. DUTTON
                TROUTMAN PEPPER HAMILTON SANDERS LLP
                227 West Monroe Street, Suite 3900
                Chicago, IL 60606
                Telephone: (608) 999-1240
                Facsimile: (312) 759-1939
                misha.tseytlin@troutman.com
                sean.dutton@troutman.com

                BLAKE T. HANNAFAN
                HANNAFAN & HANNAFAN, LTD.
                180 N. Lasalle Street, Suite 3700
                Chicago, IL 60601
                Telephone: (312) 527-0055
                Facsimile: (312) 527-0220
                bth@hannafanlaw.com

                *Attorneys for Plaintiff John McDonald*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2020, a true and accurate copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.

/s/ Misha Tseytlin
MISHA TSEYTLIN
TROUTMAN PEPPER HAMILTON
SANDERS LLP
227 W. Monroe Street, Suite 3900
Chicago, IL 60606
Telephone: (608) 999-1240
Facsimile: (312) 759-1939
misha.tseytlin@troutman.com